No. 625. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* CHARLES-

TON AND WESTERN CAROLINA RAILWAY COMPANY. Fifth Circuit. Denied April 21, 1902. *Mr. Henry C. Cunningham* and *Mr. Alexander R. Lawton* for the petitioners. *Mr. Augustine T. Smythe* opposing.